**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALISHA LAFLEUR** | **CASE NO. 6:26-CV-00311** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **M A R S CLEANING SERVICES LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

Presently before the Court is the Report and Recommendation of the Magistrate Judge [ECF No. 15] and the objections filed thereto [ECF No. 16]. After an independent review of the record, and for the reasons set forth in the Reasons for Judgment issued this date, the Court concludes that the Magistrate Judge's report and recommendation is correct and that judgment recommended therein is warranted. Accordingly,

IT IS HEREBY ORDERED that, consistent with the report and recommendation, Plaintiff's Motion to Remand [ECF No. 9] is GRANTED and Plaintiff's request for attorney's fees [ECF No. 9] is DENIED.

THUS DONE in Chambers on this 27th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE